916

No. 71–1017. GRAVEL *v.* UNITED STATES; and

No. 71–1026. UNITED STATES *v.* GRAVEL. C. A. 1st Cir. Certiorari granted. Cases consolidated and a total of one hour allotted for oral argument. Reported below: 455 F. 2d 753.

No. 71–5421. MIDGETT *v.* SLAYTON, PENITENTIARY SUPERINTENDENT. C. A. 4th Cir. Motion for leave to proceed *in forma pauperis* granted. Certiorari granted and case set for oral argument with No. 71–5103 [*Morrissey* v. *Brewer,* certiorari granted, 404 U. S. 999]. 

No. 71–5685. JOHNSON ET AL. *v.* NEW YORK STATE EDUCATION DEPARTMENT ET AL. C. A. 2d Cir. Motion for leave to proceed *in forma pauperis* and certiorari granted. 

No. 70–5291. MORGAN ET AL. *v.* NEIL, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 71–269. NATIONAL BREWING Co. *v.* CALDWELL ET AL. C. A. 5th Cir. Certiorari denied. 

No. 71–403. GOUGH INDUSTRIES, INC. *v.* ROTHMAN ET AL. C. A. 9th Cir. Certiorari denied. 

No. 71–434. LOUISIANA MATERIALS Co., INC. *v.* CRONVICH, SHERIFF, ET AL. Sup. Ct. La. Certiorari denied. 

No. 71–521. DESERT OUTDOOR ADVERTISING, INC., ET AL. *v.* COUNTY OF RIVERSIDE. Ct. App. Cal., 4th App. Dist. Certiorari denied.